UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERY J. LOVEJOY,

        Plaintiff,

    v.

TRANSMARINE NAVIGATION CORPORATION

        Defendant.

No. C09-585-RSL

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court on its Order to Show Cause (Dkt. #3) and "Plaintiff's Memorandum in Response to Order to Show Cause" (Dkt. #4). The Court ordered plaintiff to show cause why the complaint should not be dismissed in light of plaintiff's failure to timely serve defendant as required by Fed. R. Civ. P. 4(m). Plaintiff informs the Court that the parties have mutually agreed to delay service in order to discuss settlement. The Court is satisfied with this response. The Order to Show Cause (Dkt. #3) is hereby VACATED. If the parties' negotiations fail, plaintiff is ORDERED to submit proof of service by January 4, 2010.

DATED this 30th day of October, 2009.

                         /s/ Robert S. Lasnik
                         Robert S. Lasnik
                         United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE